IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COLLEEN POREMSKI, | : |
| Plaintiff, | : Case No.: 2:22-cv-1512-RJC |
| v. | : |
| REGIONAL INDUSTRIAL DEVELOPMENT CORPORATION OF SOUTHWESTERN PENNSYLVANIA, | : |
| Defendant. | : |

## ORDER

AND NOW, this 13th day of April 2023, upon consideration of the Stipulation of Dismissal with Prejudice by Plaintiff, Colleen Poremski ("Plaintiff"), and the Defendant, Regional Industrial Development Corporation of Southwestern Pennsylvania ("Defendant"), it is hereby ORDERED, ADJUDGED, and DECREED that the Stipulation is GRANTED.  Plaintiff's Complaint is dismissed with prejudice.  The parties to bear their own fees and costs.

/s/Robert J. Colville

J. _____
The Honorable Robert J. Colville